UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINO ELIEZER SANCHEZ RAMIREZ, | No. 1:26-cv-01270-DAD-EFB |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN PART AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS |
| KRISTI NOEM, et al., | |
| Respondents. | (Doc. Nos. 1, 8) |

Petitioner Lino Eliezer Sanchez Ramirez is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 27, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted.  (Doc. No. 8.)  Specifically, the magistrate judge found that petitioner is not subject to mandatory detention pursuant to 8 U.S.C. § 1225(b)(2), as argued by respondents, and that petitioner's detention violates the Due Process Clause of the Fifth Amendment.  (*Id.* at 5–8.)  The magistrate judge further found that the court need not decide whether petitioner may be detained pending the

/////

1

determination of his submitted immigration applications because he is otherwise entitled to habeas relief. (*Id.* at 9–10.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 10–11.) On May 4, 2026, respondents filed objections which comprise a single sentence stating that they object for the reasons set forth in their previous briefing. (Doc. No. 9 at 1.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. The court incorporates its prior reasoning set forth in *Cardenas v. Chestnut, et al.*, No. 1:26-cv-02073-DAD-SCR (HC), 2026 WL 785871 (E.D. Cal. Mar. 20, 2026) and *J.P.C. v. Chestnut, et al.*, 1:26-cv-02108-DAD-JDP, 2026 WL 788129 (E.D. Cal. Mar. 20, 2026) and finds that the appropriate remedy is petitioner's immediate release from detention and that respondents should be enjoined from re-detaining petitioner absent a hearing before an immigration judge pursuant to § 1226(a).

For the reasons above,

1.  The findings and recommendations issued on April 27, 2026 (Doc. No. 8) are ADOPTED IN PART;

2.  Petitioner's petition for writ of habeas corpus (Doc. Nos. 1) is GRANTED as follows:

    a.  Respondents are ORDERED to immediately release petitioner Lino Eliezer Sanchez Ramirez, A-File No. 242-202-195, from respondents' custody;

    b.  Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge, at which hearing the burden will be set in accordance with 8 U.S.C. § 1226(a) and its implementing regulations;

/////

2

3.      The Clerk of the Court is directed to serve a copy of this order on the California City Correctional Facility; and

4.      The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **June 12, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3